UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
J.K. INTERNATIONAL PTY LTD.,

                Plaintiff,

       -against-                              08 Civ. 2352 (LAK)

STX PAN OCEAN CO. LTD.,

                Defendant.
------------------------------------- x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED #: 10/26/09

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Plaintiff shall show cause, on or before November 10, 2009, why the process of maritime attachment previously issued in this action should not be vacated or modified and the action dismissed in light of *Shipping Corp. of India Ltd. v. Jaldhi Overseas Pte Ltd.*, Nos. 08-3477-cv(L), 08-3758-cv(XAP), (2d Cir. Oct. 16, 2009).

       SO ORDERED.

Dated:      October 26, 2009

                                                  _____
                                                      Lewis A. Kaplan
                                                   United States District Judge